*fee via Counter*
FILED FOR RECORD 09/30/2021 16:21:47
Randi H. Risco, DY CLERK
JEFFERSON PARISH, LA 835

## 24ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 821-390                                          DIVISION 

JANICE VERDIN; CATHERINE NAQUIN; MARY HELMER; OLIVIA HELMER;
LAUREN HELMER; INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY
SITUATED

Date: 09-29-21
Time: 7:18 pm
Deputy Clerk: Michelle Bruner
(SEE ATTACHED LOG)

VERSUS

BOB DEAN, JR.; MAISON DE'VILLE NURSING HOME OF HARVEY, L.L.C.; ST.
ELIZABETH'S CARING, L.L.C.; RACELAND MANOR NURSING HOME, INC.;
MAISON DE'VILLE NURSING HOME, INC.; RIVER PALMS NURSING & REHAB,
L.L.C.; UPTOWN HEALTHCARE CENTER, L.L.C.; BOB DEAN ENTERPRISES, INC.;
and LOUISIANA HEALTHCARE CONSULTANTS, L.L.C.

FILED: _____          _____
                                                      **DEPUTY CLERK**

### CLASS ACTION PETITION FOR UNPAID WAGES
### AND REQUEST FOR INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Janice Verdin;

Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer ("Plaintiffs"), individually

and on behalf of all others similarly situated, who bring this lawsuit, and represent as follows:

### CONSOLIDATION WITH RELATED CASE

The acts and omissions complained of herein are directly related to the matter styled *Nancy*

*Anderson; Joy Manguno; Jayme Songy, as Curator for Malvina Songy; and Janice Verdin, as*

*Responsible Party of Catherine Roussell; Individually and on Behalf of Others Similarly Situated*

*v. Bob Dean, Jr.; Uptown Healthcare Center, L.L.C.; Park Place Healthcare, L.L.C.; Raceland*

*Manor Nursing Home, Inc.; Maison De'Ville Nursing Home, Inc.; River Palms Nursing & Rehab,*

*L.L.C.; Maison De'Ville Nursing Home of Harvey, L.L.C.; St. Elizabeth's Caring, L.L.C.; and Bob*

*Dean Enterprises, Inc.*, Jefferson Pairsh Court, case no. 820839, Div. "H." As such, this case

should be transferred to Division "H" and consolidated with the related case.

### PARTIES

1.

The named Plaintiffs to this cause of action are:

A. **Janice Verdin**, a person of the full age of majority and a resident and domiciliary of
   Lafourche Parish, State of Louisiana.

B. **Catherine Naquin**, a person of the full age of majority and a resident and domiciliary
   of Terrebonne Parish, State of Louisiana.

1

**EXHIBIT A**

C.  **Mary Helmer**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

D.  **Olivia Helmer**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

E.  **Lauren Helmer**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

2.

The named Defendants to this case of action are as follows:

A.  **Bob Dean, Jr.,** a natural person who resided in East Baton Rouge Parish at the time Plaintiffs' causes of action accrued.

B.  **Maison De'ville Nursing Home of Harvey, L.L.C.** (operating under the tradename of Maison De'ville Nursing Home of Harvey), a Louisiana limited liability company, with its principal place of business located at 2233 Eighth St., Harvey LA 70058.

C.  **St. Elizabeth's Caring, L.L.C.** (operating under the tradename of West Jefferson Health Care Center), a Louisiana limited liability company with its principal place of business located at 1020 Manhattan Blvd. Harvey, LA 70058.

D.  **Raceland Manor Nursing Home, Inc.** (operating under the tradename of South Lafourche Nursing & Rehab), a Louisiana corporation with its principal place of business located at 146 E. 28th St., Cut Off, LA 70345.

E.  **Maison De'ville Nursing Home, Inc.** (operating under the tradename of Maison De'ville Nursing Home), a Louisiana corporation with its principal place of business located at 107 South Hollywood Dr., Houma, LA 70360.

F.  **River Palms Nursing & Rehab, LLC**, a Louisiana limited liability company with its principal place of business located at 5301 Tullis Dr., New Orleans, LA 70131.

G.  **Uptown Healthcare Center, L.L.C** (operating under the tradename of Maison Orleans Healthcare of New Orleans) a Louisiana limited liability company with its principal place of business located at 1420 General Taylor St., New Orleans, LA 70115.

H.  **Bob Dean Enterprises, Inc.,** a Louisiana corporation with its principal place of business at 343 Third St., Suite 600, Baton Rouge, LA 70801. (Bob Dean, Jr. is

2

referenced herein as "Defendant Dean" and the seven nursing homes are collectively referenced herein as "Bob Dean, Jr. Nursing Homes").

I. **Louisiana Health Care Consultants, LLC**, a Louisiana limited liability company, with its principal place of business located at 343 Third St., Suite 600, Baton Rouge, LA 70801.

## JURISDICTION AND VENUE

3.

The amount in controversy in this case and the subject matter upon which it is based are sufficient to justify jurisdiction in this Court pursuant to Louisiana Code of Civil Procedure Article 2.

4.

Venue is proper in this Court pursuant to Louisiana Code of Civil Procedure Articles 593, 42, 43, and 74 as at least part of the wrongful conduct occurred, and damages were sustained in this Parish. Upon information and belief all Plaintiffs and named Defendants are domiciled in the State of Louisiana and therefore are not of diverse citizenship.

5.

The aforementioned Defendants are bound jointly, severally and <u>in solido</u> unto your Petitioners, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer, individually and on behalf of others similarly situated, in an amount fair and reasonable under the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, including attorney's fees, for the following reasons, to-wit:

## BACKGROUND

6.

This is a class action suit for unpaid wages on behalf of the nursing staff of Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New

Orleans); and Louisiana Health Care Consultants, LLC. These facilities are collectively referred to herein as the "Bob Dean, Jr., Nursing Homes."

7.

Specifically, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; Lauren Helmer; and the putative class members ("Class Members,") reported to work at a warehouse owned by Defendants, in Independence, Louisiana, during the period August 27, 2021 through September 2, 2021, where they worked excessively long hours and were not paid in full for the work they performed.

8.

Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer ("Petitioners"), were among the nursing staff that reported to the warehouse site spanning five tracts of land in Independence, Louisiana before Hurricane Ida to ride out the storm at the instruction of their employer, South Lafourche Nursing & Rehab.

9.

The named Plaintiffs were employed by South Lafourche Nursing & Rehab, which facility is owed by Bob Dean, Jr ("Defendant Dean").

10.

The employees of the Bob Dean, Jr. Nursing Homes were, at all relevant times, ultimately under the control, direction, and discretion of Defendant Dean and/or Defendant Bob Dean Enterprises, Inc and/or Louisiana Health Care Consultants, LLC.

11.

At all times relevant hereto, Petitioner, Janice Verdin, is a Licensed Practical Nurse (LPN) employed at Raceland Manor Nursing Home, Inc. (operating under the trade name of South Lafourche Nursing & Rehab), located at 146 East 28th Street, Cut Off, Louisiana 70345.

12.

Under normal circumstances, Ms. Verdin received hourly pay of $30.75 per hour and worked more than forty hours per week. Ms. Verdin was paid time and a half for overtime. All wages earned by Ms. Verdin for her work at Raceland Manor Nursing Home were paid via direct deposit through Paychex Flex.

13.

On or about August 21, 2021, Class Members received a written communication from Krystal Howard, of Louisiana Health Care Consultants, LLC, providing them with Hurricane Pay Rates, which specified a daily rate for each type of nurse, for the duration of the evacuation.

14.

The written communication Petitioners and Class Members received from the Defendants provides that LPNs were to receive $2,250.00 per day; CNAs to receive $1,000.00 per day; RNs to receive $3,000.00 per day; Ancillary to receive $750.00 per day; and Salary RNs to receive $1,500.00 per day (collectively herein after referred to as "Hurricane Pay Rates") during an evacuation period.

15.

The written communication containing the Hurricane Pay Rates that the Petitioners received is reproduced below:



16.

On or about August 27, 2021, a staff member of South Lafourche Nursing & Rehab facility informed Petitioners of the plans for evacuation and the location at which the evacuation would take place.

17.

At the direction of Defendant Dean and/or Bob Dean Enterprises, Inc and/or Louisiana Health Care Consultants, LLC, or a Bob Dean, Jr., Nursing Home, Petitioners and Class Members reported to the warehouse for work on August 27, 2021.

18.

The Class Members were advised that the Hurricane Pay Rates were effective for the period August 21, 2021 through August 31, 2021 (the "Hurricane Pay Period.")

19.

As a manager level employee, Janice Verdin's employer required her to evacuate to the warehouse during the Hurricane Pay Period.

20.

Ms. Verdin relocated to the warehouse for a duration of seven (7) days, from August 27, 2021, until September 2, 2021.

21.

During the Hurricane Pay Period, Janice Verdin worked virtually around the clock, totaling ninety-six (96) hours of work.

22.

A snapshot of Ms. Verdin's timesheet demonstrating the hours she worked during the Hurricane Pay Period is below:



23.

As a Licensed Practical Nurse (LPN) who worked at the warehouse, Janice Verdin, is owed the Hurricane Rate of $2,250.00 per day during the Hurricane Pay Period plus overtime pay.

24.

On September 15, 2021, Ms. Verdin received a check stub from Raceland Manor Nursing Home, Inc., for the pay period of August 16, 2021 through August 31, 2021, which amounted to a net pay of $3,770.32.

25.

As such, the amount Ms. Verdin was paid by Defendants is less than the amount she is owed for her work performed during the Hurricane Pay Period.

26.

Petitioners, Catherine Naquin, Mary Helmer, Olivia Helmer, and Lauren Helmer, are all similarly situated. Specifically, Petitioners worked for the Defendants at the warehouse during the Hurricane Pay Period and were not paid the full amount of their wages due for the work they performed.

27.

Defendants did not employ sufficient nursing staff to care for the 843 nursing home residents that were evacuated to the warehouse by the Bob Dean, Jr., Nursing Homes.

28.

Despite Class Members' exhaustive and extensive work hours, Defendants, Bob Dean, Jr., Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New Orleans); Bob Dean Enterprises, Inc.; and Louisiana Health Care Consultants, LLC, have not fully compensated the Class Members for their work.

29.

Petitioners and certain Class Members are owed overtime pay for the work they performed during the Hurricane Pay Period.

30.

As of the filing of this petition, not one of the named Defendants, or persons acting on any of their behalf, has paid the Class Members, in full, the amount due for the work the Class Member performed during the Hurricane Pay Period.

31.

Defendants' failure to pay the wages owed to Petitioners and Class Members is an act of bad faith.

32.

Petitioners and Class Members expressly plead that they are entitled to an award of penalty wages and attorney's fees pursuant to Louisiana Revised Statute 23:632 (2021).

33.

Pursuant to La. R.S. 23:631, *et seq.*, Defendants, are liable to the named Plaintiffs and Class Members, for penalty wages and attorney's fees for Defendants' failure to timely pay the amount due to the Class Members for the work performed by the Class Members during the Hurricane Pay Period.

34.

Defendants, Bob Dean, Jr., the Bob Dean, Jr. Nursing Homes, Bob Dean Enterprises, LLC, and Louisiana Health Care Consultants, LLC, along with other possible entities now unknown to Plaintiffs, are a single business enterprise ("Bob Dean, Jr. and his companies").

35.

Bob Dean, Jr., has thorough and complete control and dominion over Bob Dean, Jr. and his companies, including the Bob Dean, Jr., Nursing Homes and throughout the events of which Plaintiffs and Class Members complain and for which they seek redress, Bob Dean, Jr., has personally exerted operational and actual control over the Bob Dean, Jr. companies.

36.

Bob Dean, Jr., decided and authorized the Hurricane Pay Rates to be paid to staff members of the Bob Dean, Jr., Nursing Homes and his other companies, and implemented the promise to pay Petitioners and Class Members the Hurricane Pay Rates during the Hurricane Pay Period for the work performed by Petitioners and the Class Members.

8

37.

Prior to their evacuation to the warehouse, Defendants initially misled Class Members about Defendants' willingness to pay the Hurricane Pay Rates during the Hurricane Pay Period.

38.

In this litigation, all Petitioners and Class Members seek to recover the full amount they are owed for their work performed during the Hurricane Pay Period at the Hurricane Pay Rate plus penalty wages, attorneys fees and costs.

## CLASS ACTION ALLEGATIONS

39.

Plaintiffs re-allege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

40.

Petitioners aver that this case against the named Defendants should be certified as a class action.

41.

Petitioners propose to proceed on behalf of the following class of individuals:

All Bob Dean, Jr. Nursing Homes staff who are citizens of Louisiana who reported to work at the Waterbury Companies warehouse in Independence, Louisiana, during the Hurricane Pay Period and were not fully compensated at the applicable Hurricane Pay Rate for their work.

42.

Plaintiffs reserve the right, with leave of Court if required, to amend the Class definition if further investigation and discovery indicates that the Class definition should be narrowed, expanded, or otherwise modified. Excluded from the Class of Plaintiffs are governmental entities; the Defendants; any entity in which Defendants have a controlling interest; Bob Dean, Jr. Enterprises or parent companies or entities, top level management of the Bob Dean, Jr. Nursing Homes, including the Administrators and Directors of Nursing and similar managerial level employees of the Bob Dean, Jr. Nursing Homes, affiliates, legal representatives, co-conspirators, successors, subsidiaries, and assigns. Also excluded from the Class is any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

43.

Petitioners and all those similarly situated are entitled to have this litiation maintained as a class action pursuant to La. C.C.P. art. 591 and 591(B)(2).

9

44.

Defendants' acts and omissions were applied uniformly to all members of the Class, so that the questions of law and fact are common to all members of the Class and any subclasses the Court may find to be appropriate.

45.

All members of the Class and any subclasses were and are similarly affected by the Defendants' acts and omissions, and the relief sought herein is for the benefit of Plaintiffs and Class Members and any subclasses.

46.

Based upon the number of staff members that worked for Defendants during the Hurricane Pay Period, it is apparent that the number of plaintiffs in both the Class and any subclass(es) is so large as to make joinder impractical, if not impossible.

47.

Questions of law and fact common to the Plaintiff Class and any subclasses exist that predominate over questions affecting only individual members, including, inter alia:

a. Whether the Defendants, or any of them, have engaged in conduct prohibited by applicable law, including, but not limited to the failure to pay wages due to employees;

b. Whether the Defendants are liable to the Class Members pursuant to La. R.S. 26:632;

c. If the Court determines the Defendants, or any of them, have in fact engaged in violations of the applicable law, whether an injunction should be issued ordering those Defendants to cease and desist any and all actions or behaviors in furtherance of the violations;

d. Whether Defendants intentionally failed to pay the Class Member the amount due for the work performed;

e. Whether Defendants should be enjoined from destroying or disposing of documents that may relate to the claims for wages asserted in this litigation.

48.

The claims asserted by the named Plaintiffs in this action are typical of the claims of the Class Members and any subclass, as the claims arise from the same course of conduct by Defendants, and the relief sought within the Class and any subclasses is common to the members of each.

49.

Plaintiffs will fairly and adequately represent and protect the interests of the Class Members and any subclasses.

50.

Class representatives will be formally designated in accordance with scheduling orders issued by the Court.

51.

Plaintiffs have retained counsel who are competent and experienced in class action litigation.

52.

Certification of this matter as a class action is appropriate under Louisiana Code of Civil Procedure Article 591 because the questions of law or fact common to the respective members of the Class and any subclasses predominate over questions of law or fact affecting only individual members. This predominance makes class litigation superior to any other method available for a fair and efficient determination of the claims.

53.

Absent a class action, it would be highly unlikely that the representative Plaintiff or any other members of the Class or any subclass would be able to protect their own interests because the cost of litigating their claims as through individual lawsuits.

54.

This action is properly maintainable as a class action under Art. 591(B)(1) because prosecuting separate actions by individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for Defendants. Additionally, this action is properly maintainable as a class action under Art. 591(B)(1) because adjudications with respect to individual class members would, as a practical matter, be dispositive of the interests of the other members not parties to the individual adjudications.

55.

This action is properly maintainable as a class action under Art. 591(B)(2) because Defendants have acted or refused to act on grounds generally applicable to the class, thereby

making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole.

56.

Alternatively, this action is properly maintainable as a class action under Art. 591(B)(3) because questions of law or fact predominate over any questions affecting individual class members, and a class action is superior to other methods in order to ensure a fair and efficient adjudication of this controversy because, in the context the asserted claims herein, individual Plaintiffs lack the financial resources to vigorously prosecute separate lawsuits against large corporate defendants. Class litigation is also superior because it will preclude the need for unduly duplicative litigation resulting in inconsistent judgments pertaining to Defendants' policies and practices. There is no difficulties in managing this case as a class action.

57.

A class action is a fair and appropriate method for the adjudication of the controversy, in that it will permit a large number of claims to be resolved in a single forum simultaneously, efficiently, and without the unnecessary hardship that would result from the prosecution of numerous individual actions and the duplication of discovery, effort, expense and burden on the courts that individual actions would engender.

58.

The benefits of proceeding as a class action, including providing a method for obtaining redress for claims that would not be practical to pursue individually, outweigh any difficulties that might be argued with regard to the management of this class action.

## ALTERNATIVE ALLEGATIONS

59.

Insofar as any of the allegations contained in this Petition may be contradictory, said allegation are deemed to have been pled in the alternative.

## REQUEST FOR PROTECTIVE ORDER AND INJUNTIVE RELIEF

60.

Plaintiffs seek a protective order that Defendants, all of their agents, assigns, and/or attorneys, or other persons acting or claiming to act on their behalf, be temporarily restrained, enjoined, and prohibited from disposing of any records, documents, communications, including text messages and emails, and any other evidence related staff members who worked for

Defendants during the period August 21, 2021 through September 31, 2021, that may be in Defendants' actual or constructive possession.

### JURY DEMAND

61.

Plaintiffs demand trial by jury on all issues subject to trial by a trier of fact.

### PRAYER

**WHEREFORE** Plaintiffs, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer, individually and on behalf of all others similarly situated, pray for relief pursuant to each cause of action set forth in this Complaint as follows:

1. That Defendants, Bob Dean, Jr., Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C. (operating under the tradename of Maison Orleans Healthcare of New Orleans); Bob Dean Enterprises, Inc.; and Louisiana Health Care Consultants, LLC, be served with a copy of this Class Action Petition for Unpaid Wages and Request for Injunctive Relief and be duly cited to appear and answer same and served according to law as follows:

   a. Bob Dean, Jr., via personal service, at 3465 E. Lakeshore Dr., Baton Rouge, Louisiana 70808;

   b. Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey,) a Louisiana Limited Liability Company, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   c. St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center,) a Louisiana Limited Liability Company, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   d. Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab,) a Louisiana corporation, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   e. Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home,) a Louisiana corporation, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   f. River Palms Nursing & Rehab, LLC, a Louisiana limited liability company, through its Registered Agent for Service of Process, Eric B. Landry, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   g. Uptown Healthcare Center, L.L.C. (operating under the tradename of Maison Orleans Healthcare of New Orleans,) a Louisiana limited liability company, through its Registered Agent for Service of Process, Eric B. Landry, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

13

h. Bob Dean Enterprises, Inc., through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

i. Louisiana Health Care Consultants, LLC., through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

2. Plaintiffs seek a protective order that Defendants, all of their agents, assigns, and/or attorneys, or other persons acting or claiming to act on their behalf, be and are hereby temporarily restrained, enjoined, and prohibited from disposing of any records, documents, communications, including text messages and emails, and any other evidence related staff members who worked for Defendants during the period August 21, 2021 through September 31, 2021, that may be in Defendants' actual or constructive possession.

3. That after the lapse of all legal delays and proceedings had, there be judgment entered herein in favor of Plaintiffs, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; Lauren Helmer; and all others similarly situated, and against Defendants, Bob Dean, Jr., Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New Orleans); Bob Dean Enterprises, Inc.; and Louisiana Health Care Consultants, LLC, in an amount fair and reasonable under the premises of this matter, plus penalty wages for Defendant's failure to timely pay the amount due to Petitioners and Class Members for their work performed during the period August 21, 2021 through September 2, 2021;

4. That each Petitioner and Class Member be awarded penalty wages and attorney's fees pursuant to La. R.S. 23:631;

5. That this matter be certified as a class action pursuant to La. C.C.P. art. 591, *et seq.;*

6. That undersigned counsel be appointed as counsel for the Class Members;

7. That all costs of this proceeding be taxed to the named Defendants;

8. That Defendants be ordered to pay Plaintiffs and Class Members' reasonable attorney's fees;

9. For legal interest on all amounts awarded from the date of judicial demand until paid; and

10. For any other relief the Court might deem just, appropriate, or proper.

Respectfully Submitted,

**JONATHAN C. PEDERSEN (# 32290)**
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone: (504) 581-3610
Facsimile: (504) 581-7509

AND

**SHAWN C. REED (#14304)**
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Facsimile: (985) 893-3478
**ATTORNEYS FOR ALL PLAINTIFFS**

14

**PLEASE SERVE:**

**Bob Dean, Jr.,**
3465 E Lakeshore Dr
✓ Baton Rouge LA 70808

**Maison De'ville Nursing Home of Harvey, L.L.C.**
through its Registered Agent for Service,
B. Troy Villa,
✓ 301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**St. Elizabeth's Caring, L.L.C.**
through its Registered Agent for Service,        EBR Sheriff   301.36 Chk#
✓ B. Troy Villa,                                                        3550
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Raceland Manor Nursing Home, Inc.**
through its Registered Agent for Service,
✓ B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Maison De'ville Nursing Home, Inc.**
through its Registered Agent for Service,
B. Troy Villa,
✓ 301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**River Palms Nursing & Rehab, LLC**
through its Registered Agent for Service,
Eric B. Landry,
✓ 301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Uptown Healthcare Center, L.L.C.**
through its Registered Agent for Service,
Eric B. Landry,
✓ 301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Bob Dean Enterprises, Inc.**
through its Registered Agent for Service,
✓ B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Louisiana Heath Care Consultants, LLC**
✓ through its registered agent, L.L.C.
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

15

**HOWARD REED & PEDERSEN**
ATTORNEYS AT LAW
(Not a Partnership)

D. Douglas Howard, Jr.
Shawn C. Reed*
Jonathan C. Pedersen
Erin M. Murphy
*L.L.M Energy and Environment

839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130-3743
Telephone: (504) 581-3610
Facsimile: (504) 581-7509
www.howardandreed.com

516 N. Columbia Street
Covington, LA 70433-2922
Telephone (985) 893-3607
Facsimile (985) 893-3478

**Please Respond To:**
New Orleans Office

September 29, 2021

**Via Facsimile and Email**
Clerk of Court, 24th JDC
Facsimile: (504) 364-3780
Email: FaxFileCivil24@jpclerkofcourt.us.

**NEW SUIT FAX FILING**

Re:   *Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; Lauren Helmer;
Individually and o/b/o Others Similarly Situated v. Bob Dean, Jr.; Maison De'Ville
Nursing Home of Harvey, L.L.C.; St. Elizabeth's Caring, L.L.C.; Raceland Manor
Nursing Home, Inc.; Maison De'Ville Nursing Home, Inc.; River Palms Nursing &
Rehab, L.L.C.; Uptown Healthcare Center, L.L.C.; Bob Dean Enterprises, Inc.; and
Louisiana Healthcare Consultants, L.L.C.*

Dear Clerk,

Enclosed please find the *Class Action Petition for Unpaid Wages and Request
for Injunctive Relief,* that is to be fax filed into the record of the above captioned
matter, on today's date.

Please advise of the filing fees associated with the filing of this Class Action
Petition for Unpaid Wages and Request for Injunctive Relief and service costs so that
my office can remit payment for same.

Thanking you for this and all courtesies, I am,

Very truly yours,

JONATHAN C. PEDERSEN

JCP/seh
Enclosure:   Class Action Petition for Unpaid Wages and Request for Injunctive Relief.

rec via counter
~~FILED FOR RECORD~~ 09/30/2021 16:21:47
Randi H. Prisco, DY CLERK
JEFFERSON PARISH, LA

## APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

**Suit Caption:**

JANICE VERDIN; CATHERINE NAQUIN; MARY HELMER; OLIVIA HELMER; LAUREN HELMER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

BOB DEAN, JR.; MAISON DE'VILLE NURSING HOME OF HARVEY, L.L.C.; ST. ELIZABETH'S CARING, L.L.C.; RACELAND MANOR NURSING HOME, INC.; MAISON DE'VILLE NURSING HOME, INC.; RIVER PALMS NURSING & REHAB, L.L.C.; UPTOWN HEALTHCARE CENTER, L.L.C.; BOB DEAN ENTERPRISES, INC.; vs. and LOUISIANA HEALTHCARE CONSULTANTS, L.L.C.

Court: __24th Judicial District__    Docket Number: _____

Parish of Filing: __Jefferson__    Filing Date: __September 29, 2021__

Name of Lead Petitioner's Attorney: __Jonathan C. Pedersen__

Name of Self-Represented Litigant: _____

Number of named petitioners: __5__    Number of named defendants: __9__

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit
(no more than 3 categories should be checked):**

| | |
|---|---|
| ____ Auto: Personal Injury | ____ Auto: Property Damage |
| ____ Auto: Wrongful Death | ____ Auto: Uninsured Motorist |
| ____ Asbestos: Property Damage | ____ Asbestos: Personal Injury/Death |
| ____ Product Liability | ____ Premise Liability |
| ____ Intentional Bodily Injury | ____ Intentional Property Damage |
| ____ Intentional Wrongful Death | ____ Unfair Business Practice |
| ____ Business Tort | ____ Fraud |
| ____ Defamation | ____ Professional Negligence |
| ____ Environmental Tort | ____ Medical Malpractice |
| ____ Intellectual Property | ____ Toxic Tort |
| ____ Legal Malpractice | ____ Other Tort (describe below) |
| ____ Other Professional Malpractice | ____ Redhibition |
| ____ Maritime | ✓ Class action (nature of case) |
| ____ Wrongful Death | ✓ Class Action Petition for Unpaid Wages |
| ____ General Negligence | |

Filed by: Fax
Date: 09.29.21
Time: 7:18 pm
Deputy Clerk: Hickey Pruno
(SEE ATTACHED LOG)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name __Jonathan C. Pedersen__    Signature _____

Address __839 St. Charles Avenue, Suite 306, New Orleans, Louisiana 70130__

Phone number: __(504) 581-3610__    E-mail address: __jcpedersen@howardandreed.com__



JON A. GEGENHEIMER
**JEFFERSON PARISH CLERK OF COURT**
*24th Judicial District Court Civil Records Division – FAX Filing*
P.O. Box 10 ● Gretna LA 70054-0010 ● (504) 364-2971

## FACSIMILE FILING RECEIPT OF TRANSMISSION

To:    JONATHAN C PEDERSEN, ATTORNEY          September 30 _____, 20 21
       FAX # 504-581-7509
       Email: shoerner@howardandreed.com

From:   s/ Michelle S Bruner _____, *Deputy Clerk of Court*
        **24th JDC FAX Filing ● (504) 364-2971**

Re:    Case #: _____ 821-390 _____ Div.: ___ B
       Case Title:  JANICE VERDIN, Et Al vs BOB DEAN JR, Et Al

**Total Number of Pages:** 16

**Document Type:** CIVIL COVER SHEET/ CLASS ACTIN PETITION FOR UNOAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF

**Receipt is hereby acknowledged of the above described document, which was filed at**
07:18 _____ ☐ A.M. ☒ P.M. on September 29 _____, 20 21 .

PLEASE TAKE NOTICE that per La. R.S. 13:850, as amended by Act 109 of the 2016 Regular Legislative Session, the following shall be delivered to the clerk of court:
1.  Fees for the facsimile filing and filing of the original document as stated below.
2.  A transmission fee of $5.00.
3.  Original documents identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. Original documents which are not identical to the facsimile filing or which include pages not included in the facsimile filing shall not be considered the original document.

NOTE:  Although fees due may be paid by credit card, the facsimile filing shall have no force and effect if the original documents are not delivered to the clerk of court within 7 (seven) days, exclusive of legal holidays, after the clerk of court receives the facsimile filing.

NOTE:  Per La. R.S. 13:850, the facsimile filing fee and transmission fee are incurred at the time the clerk of court receives the fax transmission, and the fees are due and payable regardless of whether the original documents are received.

☒  Check, credit card, or money order to "Jefferson Parish Clerk of Court"    $ $1,300.00
☒  Check or money order payable to "East Baton Rouge Sheriff":               $ $301.36
☐  Check or money order payable to "Jefferson Parish Sheriff":               $_____
☐  Check or money order payable to "Orleans Parish Civil Sheriff":           $_____
☐  Check or money order payable to "Louisiana Secretary of State":           $_____
☐  Check or money order payable to _____ : $_____
☐  Check or money order payable to _____ : $_____
☐  Send the La. Civil Case Reporting form required per La. R.S. 13:4688.
☐  Other:

       Payments to Jefferson Parish Clerk of Court can be made by credit card, all other
       payments must be sent by check or money order.
       To pay by credit card go to:  https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit
       select court "24th Civil JDC" and then enter this case number.

### ***PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT
Received: Sep 29 2021 19:18:06 Pages: 16   JobID:email_X9I5FMW4W5
### WHEN ORIGINAL PLEADING IS SUBMITTED.***

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

| | |
|---|---|
| JANICE VERDIN; CATHERINE NAQUIN; MARY HELMER; OLIVIA HELMER; LAUREN HELMER; INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | BOB DEAN, JR.; MAISON DE'VILLE NURSING HOME OF HARVEY, L.L.C.; ST. ELIZABETH'S CARING, L.L.C.; RACELAND MANOR NURSING HOME, INC.; MAISON DE'VILLE NURSING HOME, INC.; RIVER PALMS NURSING & REHAB, L.L.C.; UPTOWN HEALTHCARE CENTER, L.L.C.; BOB DEAN ENTERPRISES, INC.; and LOUISIANA HEALTHCARE CONSULTANTS, L.L.C. |

vs.

Court:   **24th Judicial District**          Docket Number: _____

Parish of Filing:   **Jefferson**          Filing Date:   September 29, 2021

Name of Lead Petitioner's Attorney:   Jonathan C. Pedersen

Name of Self-Represented Litigant: _____

Number of named petitioners:   **5**          Number of named defendants:   **9**

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| ___ Auto: Personal Injury | ___ Auto: Property Damage |
| ___ Auto: Wrongful Death | ___ Auto: Uninsured Motorist |
| ___ Asbestos: Property Damage | ___ Asbestos: Personal Injury/Death |
| ___ Product Liability | ___ Premise Liability |
| ___ Intentional Bodily Injury | ___ Intentional Property Damage |
| ___ Intentional Wrongful Death | ___ Unfair Business Practice |
| ___ Business Tort | ___ Fraud |
| ___ Defamation | ___ Professional Negligence |
| ___ Environmental Tort | ___ Medical Malpractice |
| ___ Intellectual Property | ___ Toxic Tort |
| ___ Legal Malpractice | ___ Other Tort (describe below) |
| ___ Other Professional Malpractice | ___ Redhibition |
| ___ Maritime | ✓ Class action (nature of case) |
| ___ Wrongful Death | ✓ Class Action Petition for Unpaid Wages |
| ___ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name    Jonathan C. Pedersen          Signature

Address   839 St. Charles Avenue, Suite 306, New Orleans, Louisiana 70130

Phone number:   (504) 581-3610          E-mail address:   jcpedersen@howardandreed.com

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.                                                                    DIVISION " "

JANICE VERDIN; CATHERINE NAQUIN; MARY HELMER; OLIVIA HELMER; LAUREN HELMER; INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

VERSUS

BOB DEAN, JR.; MAISON DE'VILLE NURSING HOME OF HARVEY, L.L.C.; ST. ELIZABETH'S CARING, L.L.C.; RACELAND MANOR NURSING HOME, INC.; MAISON DE'VILLE NURSING HOME, INC.; RIVER PALMS NURSING & REHAB, L.L.C.; UPTOWN HEALTHCARE CENTER, L.L.C.; BOB DEAN ENTERPRISES, INC.; and LOUISIANA HEALTHCARE CONSULTANTS, L.L.C.

FILED: _____

                                          _____
                                                    DEPUTY CLERK

### CLASS ACTION PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer ("Plaintiffs"), individually and on behalf of all others similarly situated, who bring this lawsuit, and represent as follows:

### CONSOLIDATION WITH RELATED CASE

The acts and omissions complained of herein are directly related to the matter styled *Nancy Anderson; Joy Manguno; Jayme Songy, as Curator for Malvina Songy; and Janice Verdin, as Responsible Party of Catherine Roussell; Individually and on Behalf of Others Similarly Situated v. Bob Dean, Jr.; Uptown Healthcare Center, L.L.C.; Park Place Healthcare, L.L.C.; Raceland Manor Nursing Home, Inc.; Maison De'Ville Nursing Home, Inc.; River Palms Nursing & Rehab, L.L.C.; Maison De'Ville Nursing Home of Harvey, L.L.C.; St. Elizabeth's Caring, L.L.C.; and Bob Dean Enterprises, Inc.*, Jefferson Pairsh Court, case no. 820839, Div. "H." As such, this case should be transferred to Division "H" and consolidated with the related case.

### PARTIES

1.

The named Plaintiffs to this cause of action are:

A. **Janice Verdin**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

B. **Catherine Naquin**, a person of the full age of majority and a resident and domiciliary of Terrebonne Parish, State of Louisiana.

1

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

C.  **Mary Helmer**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

D.  **Olivia Helmer**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

E.  **Lauren Helmer**, a person of the full age of majority and a resident and domiciliary of Lafourche Parish, State of Louisiana.

2.

The named Defendants to this case of action are as follows:

A.  **Bob Dean, Jr.**, a natural person who resided in East Baton Rouge Parish at the time Plaintiffs' causes of action accrued.

B.  **Maison De'ville Nursing Home of Harvey, L.L.C.** (operating under the tradename of Maison De'ville Nursing Home of Harvey), a Louisiana limited liability company, with its principal place of business located at 2233 Eighth St., Harvey, LA 70058.

C.  **St. Elizabeth's Caring, L.L.C.** (operating under the tradename of West Jefferson Health Care Center), a Louisiana limited liability company with its principal place of business located at 1020 Manhattan Blvd. Harvey, LA 70058.

D.  **Raceland Manor Nursing Home, Inc.** (operating under the tradename of South Lafourche Nursing & Rehab), a Louisiana corporation with its principal place of business located at 146 E. 28th St., Cut Off, LA 70345.

E.  **Maison De'ville Nursing Home, Inc.** (operating under the tradename of Maison De'ville Nursing Home), a Louisiana corporation with its principal place of business located at 107 South Hollywood Dr., Houma, LA 70360.

F.  **River Palms Nursing & Rehab, LLC**, a Louisiana limited liability company with its principal place of business located at 5301 Tullis Dr., New Orleans, LA 70131.

G.  **Uptown Healthcare Center, L.L.C** (operating under the tradename of Maison Orleans Healthcare of New Orleans) a Louisiana limited liability company with its principal place of business located at 1420 General Taylor St., New Orleans, LA 70115.

H.  **Bob Dean Enterprises, Inc.**, a Louisiana corporation with its principal place of business at 343 Third St., Suite 600, Baton Rouge, LA 70801. (Bob Dean, Jr. is

2

referenced herein as "Defendant Dean" and the seven nursing homes are collectively referenced herein as "Bob Dean, Jr. Nursing Homes").

1. **Louisiana Health Care Consultants, LLC,** a Louisiana limited liability company, with its principal place of business located at 343 Third St., Suite 600, Baton Rouge, LA 70801.

## JURISDICTION AND VENUE

3.

The amount in controversy in this case and the subject matter upon which it is based are sufficient to justify jurisdiction in this Court pursuant to Louisiana Code of Civil Procedure Article 2.

4.

Venue is proper in this Court pursuant to Louisiana Code of Civil Procedure Articles 593, 42, 43, and 74 as at least part of the wrongful conduct occurred, and damages were sustained in this Parish. Upon information and belief all Plaintiffs and named Defendants are domiciled in the State of Louisiana and therefore are not of diverse citizenship.

5.

The aforementioned Defendants are bound jointly, severally and in solido unto your Petitioners, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer, individually and on behalf of others similarly situated, in an amount fair and reasonable under the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, including attorney's fees, for the following reasons, to-wit:

## BACKGROUND

6.

This is a class action suit for unpaid wages on behalf of the nursing staff of Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New

3

Orleans); and Louisiana Health Care Consultants, LLC. These facilities are collectively referred to herein as the "Bob Dean, Jr., Nursing Homes."

7.

Specifically, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; Lauren Helmer; and the putative class members ("Class Members,") reported to work at a warehouse owned by Defendants, in Independence, Louisiana, during the period August 27, 2021 through September 2, 2021, where they worked excessively long hours and were not paid in full for the work they performed.

8.

Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer ("Petitioners"), were among the nursing staff that reported to the warehouse site spanning five tracts of land in Independence, Louisiana before Hurricane Ida to ride out the storm at the instruction of their employer, South Lafourche Nursing & Rehab.

9.

The named Plaintiffs were employed by South Lafourche Nursing & Rehab, which facility is owed by Bob Dean, Jr ("Defendant Dean").

10.

The employees of the Bob Dean, Jr. Nursing Homes were, at all relevant times, ultimately under the control, direction, and discretion of Defendant Dean and/or Defendant Bob Dean Enterprises, Inc and/or Louisiana Health Care Consultants, LLC.

11.

At all times relevant hereto, Petitioner, Janice Verdin, is a Licensed Practical Nurse (LPN) employed at Raceland Manor Nursing Home, Inc. (operating under the trade name of South Lafourche Nursing & Rehab), located at 146 East 28th Street, Cut Off, Louisiana 70345.

12.

Under normal circumstances, Ms. Verdin received hourly pay of $30.75 per hour and worked more than forty hours per week. Ms. Verdin was paid time and a half for overtime. All wages earned by Ms. Verdin for her work at Raceland Manor Nursing Home were paid via direct deposit through Paychex Flex.

4

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

13.

On or about August 21, 2021, Class Members received a written communication from Krystal Howard, of Louisiana Health Care Consultants, LLC, providing them with Hurricane Pay Rates, which specified a daily rate for each type of nurse, for the duration of the evacuation.

14.

The written communication Petitioners and Class Members received from the Defendants provides that LPNs were to receive $2,250.00 per day; CNAs to receive $1,000.00 per day; RNs to receive $3,000.00 per day; Ancillary to receive $750.00 per day; and Salary RNs to receive $1,500.00 per day (collectively herein after referred to as "Hurricane Pay Rates") during an evacuation period.

15.

The written communication containing the Hurricane Pay Rates that the Petitioners received is reproduced below:



16.

On or about August 27, 2021, a staff member of South Lafourche Nursing & Rehab facility informed Petitioners of the plans for evacuation and the location at which the evacuation would take place.

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

17.

At the direction of Defendant Dean and/or Bob Dean Enterprises, Inc and/or Louisiana Health Care Consultants, LLC, or a Bob Dean, Jr., Nursing Home, Petitioners and Class Members reported to the warehouse for work on August 27, 2021.

18.

The Class Members were advised that the Hurricane Pay Rates were effective for the period August 21, 2021 through August 31, 2021 (the "Hurricane Pay Period.")

19.

As a manager level employee, Janice Verdin's employer required her to evacuate to the warehouse during the Hurricane Pay Period.

20.

Ms. Verdin relocated to the warehouse for a duration of seven (7) days, from August 27, 2021, until September 2, 2021.

21.

During the Hurricane Pay Period, Janice Verdin worked virtually around the clock, totaling ninety-six (96) hours of work.

22.

A snapshot of Ms. Verdin's timesheet demonstrating the hours she worked during the Hurricane Pay Period is below:



24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

23.

As a Licensed Practical Nurse (LPN) who worked at the warehouse, Janice Verdin, is owed the Hurricane Rate of $2,250.00 per day during the Hurricane Pay Period plus overtime pay.

24.

On September 15, 2021, Ms. Verdin received a check stub from Raceland Manor Nursing Home, Inc., for the pay period of August 16, 2021 through August 31, 2021, which amounted to a net pay of $3,770.32.

25.

As such, the amount Ms. Verdin was paid by Defendants is less than the amount she is owed for her work performed during the Hurricane Pay Period.

26.

Petitioners, Catherine Naquin, Mary Helmer, Olivia Helmer, and Lauren Helmer, are all similarly situated. Specifically, Petitioners worked for the Defendants at the warehouse during the Hurricane Pay Period and were not paid the full amount of their wages due for the work they performed.

27.

Defendants did not employ sufficient nursing staff to care for the 843 nursing home residents that were evacuated to the warehouse by the Bob Dean, Jr., Nursing Homes.

28.

Despite Class Members' exhaustive and extensive work hours, Defendants, Bob Dean, Jr., Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New Orleans); Bob Dean Enterprises, Inc.; and Louisiana Health Care Consultants, LLC, have not fully compensated the Class Members for their work.

29.

Petitioners and certain Class Members are owed overtime pay for the work they performed during the Hurricane Pay Period.

7

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

30.

As of the filing of this petition, not one of the named Defendants, or persons acting on any of their behalf, has paid the Class Members, in full, the amount due for the work the Class Member performed during the Hurricane Pay Period.

31.

Defendants' failure to pay the wages owed to Petitioners and Class Members is an act of bad faith.

32.

Petitioners and Class Members expressly plead that they are entitled to an award of penalty wages and attorney's fees pursuant to Louisiana Revised Statute 23:632 (2021).

33.

Pursuant to La. R.S. 23:631, *et seq.*, Defendants, are liable to the named Plaintiffs and Class Members, for penalty wages and attorney's fees for Defendants' failure to timely pay the amount due to the Class Members for the work performed by the Class Members during the Hurricane Pay Period.

34.

Defendants, Bob Dean, Jr., the Bob Dean, Jr. Nursing Homes, Bob Dean Enterprises, LLC, and Louisiana Health Care Consultants, LLC, along with other possible entities now unknown to Plaintiffs, are a single business enterprise ("Bob Dean, Jr. and his companies").

35.

Bob Dean, Jr., has thorough and complete control and dominion over Bob Dean, Jr. and his companies, including the Bob Dean, Jr., Nursing Homes and throughout the events of which Plaintiffs and Class Members complain and for which they seek redress, Bob Dean, Jr., has personally exerted operational and actual control over the Bob Dean, Jr. companies.

36.

Bob Dean, Jr., decided and authorized the Hurricane Pay Rates to be paid to staff members of the Bob Dean, Jr., Nursing Homes and his other companies, and implemented the promise to pay Petitioners and Class Members the Hurricane Pay Rates during the Hurricane Pay Period for the work performed by Petitioners and the Class Members.

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

37.

Prior to their evacuation to the warehouse, Defendants initially misled Class Members about Defendants' willingness to pay the Hurricane Pay Rates during the Hurricane Pay Period.

38.

In this litigation, all Petitioners and Class Members seek to recover the full amount they are owed for their work performed during the Hurricane Pay Period at the Hurricane Pay Rate plus penalty wages, attorneys fees and costs.

## CLASS ACTION ALLEGATIONS

39.

Plaintiffs re-allege and incorporate by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

40.

Petitioners aver that this case against the named Defendants should be certified as a class action.

41.

Petitioners propose to proceed on behalf of the following class of individuals:

All Bob Dean, Jr. Nursing Homes staff who are citizens of Louisiana who reported to work at the Waterbury Companies warehouse in Independence, Louisiana, during the Hurricane Pay Period and were not fully compensated at the applicable Hurricane Pay Rate for their work.

42.

Plaintiffs reserve the right, with leave of Court if required, to amend the Class definition if further investigation and discovery indicates that the Class definition should be narrowed, expanded, or otherwise modified. Excluded from the Class of Plaintiffs are governmental entities; the Defendants; any entity in which Defendants have a controlling interest; Bob Dean, Jr. Enterprises or parent companies or entities, top level management of the Bob Dean, Jr. Nursing Homes, including the Administrators and Directors of Nursing and similar managerial level employees of the Bob Dean, Jr. Nursing Homes, affiliates, legal representatives, co-conspirators, successors, subsidiaries, and assigns. Also excluded from the Class is any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

43.

Petitioners and all those similarly situated are entitled to have this litiation maintained as a class action pursuant to La. C.C.P. art. 591 and 591(B)(2).

9

44.

Defendants' acts and omissions were applied uniformly to all members of the Class, so that the questions of law and fact are common to all members of the Class and any subclasses the Court may find to be appropriate.

45.

All members of the Class and any subclasses were and are similarly affected by the Defendants' acts and omissions, and the relief sought herein is for the benefit of Plaintiffs and Class Members and any subclasses.

46.

Based upon the number of staff members that worked for Defendants during the Hurricane Pay Period, it is apparent that the number of plaintiffs in both the Class and any subclass(es) is so large as to make joinder impractical, if not impossible.

47.

Questions of law and fact common to the Plaintiff Class and any subclasses exist that predominate over questions affecting only individual members, including, inter alia:

a. Whether the Defendants, or any of them, have engaged in conduct prohibited by applicable law, including, but not limited to the failure to pay wages due to employees;

b. Whether the Defendants are liable to the Class Members pursuant to La. R.S. 26:632;

c. If the Court determines the Defendants, or any of them, have in fact engaged in violations of the applicable law, whether an injunction should be issued ordering those Defendants to cease and desist any and all actions or behaviors in furtherance of the violations;

d. Whether Defendants intentionally failed to pay the Class Member the amount due for the work performed;

e. Whether Defendants should be enjoined from destroying or disposing of documents that may relate to the claims for wages asserted in this litigation.

48.

The claims asserted by the named Plaintiffs in this action are typical of the claims of the Class Members and any subclass, as the claims arise from the same course of conduct by Defendants, and the relief sought within the Class and any subclasses is common to the members of each.

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

49.

Plaintiffs will fairly and adequately represent and protect the interests of the Class Members and any subclasses.

50.

Class representatives will be formally designated in accordance with scheduling orders issued by the Court.

51.

Plaintiffs have retained counsel who are competent and experienced in class action litigation.

52.

Certification of this matter as a class action is appropriate under Louisiana Code of Civil Procedure Article 591 because the questions of law or fact common to the respective members of the Class and any subclasses predominate over questions of law or fact affecting only individual members. This predominance makes class litigation superior to any other method available for a fair and efficient determination of the claims.

53.

Absent a class action, it would be highly unlikely that the representative Plaintiff or any other members of the Class or any subclass would be able to protect their own interests because the cost of litigating their claims as through individual lawsuits.

54.

This action is properly maintainable as a class action under Art. 591(B)(1) because prosecuting separate actions by individual class members would create a risk of inconsistent or varying adjudications with respect to individual class members that would establish incompatible standards of conduct for Defendants. Additionally, this action is properly maintainable as a class action under Art. 591(B)(1) because adjudications with respect to individual class members would, as a practical matter, be dispositive of the interests of the other members not parties to the individual adjudications.

55.

This action is properly maintainable as a class action under Art. 591(B)(2) because Defendants have acted or refused to act on grounds generally applicable to the class, thereby

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole.

56.

Alternatively, this action is properly maintainable as a class action under Art. 591(B)(3) because questions of law or fact predominate over any questions affecting individual class members, and a class action is superior to other methods in order to ensure a fair and efficient adjudication of this controversy because, in the context the asserted claims herein, individual Plaintiffs lack the financial resources to vigorously prosecute separate lawsuits against large corporate defendants. Class litigation is also superior because it will preclude the need for unduly duplicative litigation resulting in inconsistent judgments pertaining to Defendants' policies and practices. There is no difficulties in managing this case as a class action.

57.

A class action is a fair and appropriate method for the adjudication of the controversy, in that it will permit a large number of claims to be resolved in a single forum simultaneously, efficiently, and without the unnecessary hardship that would result from the prosecution of numerous individual actions and the duplication of discovery, effort, expense and burden on the courts that individual actions would engender.

58.

The benefits of proceeding as a class action, including providing a method for obtaining redress for claims that would not be practical to pursue individually, outweigh any difficulties that might be argued with regard to the management of this class action.

**ALTERNATIVE ALLEGATIONS**

59.

Insofar as any of the allegations contained in this Petition may be contradictory, said allegation are deemed to have been pled in the alternative.

**REQUEST FOR PROTECTIVE ORDER AND INJUNTIVE RELIEF**

60.

Plaintiffs seek a protective order that Defendants, all of their agents, assigns, and/or attorneys, or other persons acting or claiming to act on their behalf, be temporarily restrained, enjoined, and prohibited from disposing of any records, documents, communications, including text messages and emails, and any other evidence related staff members who worked for

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

Defendants during the period August 21, 2021 through September 31, 2021, that may be in Defendants' actual or constructive possession.

## JURY DEMAND

61.

Plaintiffs demand trial by jury on all issues subject to trial by a trier of fact.

## PRAYER

**WHEREFORE** Plaintiffs, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; and Lauren Helmer, individually and on behalf of all others similarly situated, pray for relief pursuant to each cause of action set forth in this Complaint as follows:

1. That Defendants, Bob Dean, Jr., Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New Orleans); Bob Dean Enterprises, Inc.; and Louisiana Health Care Consultants, LLC. be served with a copy of this Class Action Petition for Unpaid Wages and Request for Injunctive Relief be duly cited to appear and answer same and served according to law as follows:

   a. Bob Dean, Jr., via personal service, at 3465 E. Lakeshore Dr., Baton Rouge, Louisiana 70808;

   b. Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey,) a Louisiana Limited Liability Company, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   c. St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center,) a Louisiana Limited Liability Company, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   d. Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab,) a Louisiana corporation, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   e. Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home,) a Louisiana corporation, through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   f. River Palms Nursing & Rehab, LLC, a Louisiana limited liability company, through its Registered Agent for Service of Process, Eric B. Landry, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

   g. Uptown Healthcare Center, L.L.C. (operating under the tradename of Maison Orleans Healthcare of New Orleans,) a Louisiana limited liability company, through its Registered Agent for Service of Process, Eric B. Landry, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

13

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

h.  Bob Dean Enterprises, Inc., through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

i.  Louisiana Health Care Consultants, LLC., through its Registered Agent for Service of Process, B. Troy Villa, 301 Main Street, One American Place, 23rd Floor, Baton Rouge, Louisiana 70801;

2.  Plaintiffs seek a protective order that Defendants, all of their agents, assigns, and/or attorneys, or other persons acting or claiming to act on their behalf, be and are hereby temporarily restrained, enjoined, and prohibited from disposing of any records, documents, communications, including text messages and emails, and any other evidence related staff members who worked for Defendants during the period August 21, 2021 through September 31, 2021, that may be in Defendants' actual or constructive possession.

3.  That after the lapse of all legal delays and proceedings had, there be judgment entered herein in favor of Plaintiffs, Janice Verdin; Catherine Naquin; Mary Helmer; Olivia Helmer; Lauren Helmer; and all others similarly situated, and against Defendants, Bob Dean, Jr., Maison De'ville Nursing Home of Harvey, L.L.C. (operating under the tradename of Maison De'ville Nursing Home of Harvey); St. Elizabeth's Caring, L.L.C. (operating under the tradename of West Jefferson Health Care Center); Raceland Manor Nursing Home, Inc. (operating under the tradename of South Lafourche Nursing & Rehab); Maison De'ville Nursing Home, Inc. (operating under the tradename of Maison De'ville Nursing Home); River Palms Nursing & Rehab, LLC; Uptown Healthcare Center, L.L.C (operating under the tradename of Maison Orleans Healthcare of New Orleans); Bob Dean Enterprises, Inc.; and Louisiana Health Care Consultants, LLC, in an amount fair and reasonable under the premises of this matter, plus penalty wages for Defendant's failure to timely pay the amount due to Petitioners and Class Members for their work performed during the period August 21, 2021 through September 2, 2021;

4.  That each Petitioner and Class Member be awarded penalty wages and attorney's fees pursuant to La. R.S. 23:631;

5.  That this matter be certified as a class action pursuant to La. C.C.P. art. 591, *et seq.*;

6.  That undersigned counsel be appointed as counsel for the Class Members;

7.  That all costs of this proceeding be taxed to the named Defendants;

8.  That Defendants be ordered to pay Plaintiffs and Class Members' reasonable attorney's fees;

9.  For legal interest on all amounts awarded from the date of judicial demand until paid; and

10. For any other relief the Court might deem just, appropriate, or proper.

Respectfully Submitted,

_____

**JONATHAN C. PEDERSEN (# 32290)**
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone: (504) 581-3610
Facsimile: (504) 581-7509

AND

**SHAWN C. REED (#14304)**
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Facsimile: (985) 893-3478
**ATTORNEYS FOR ALL PLAINTIFFS**

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795

**PLEASE SERVE:**

**Bob Dean, Jr.,**
3465 E Lakeshore Dr
Baton Rouge LA 70808

**Maison De'ville Nursing Home of Harvey, L.L.C.**
through its Registered Agent for Service,
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**St. Elizabeth's Caring, L.L.C.**
through its Registered Agent for Service,
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Raceland Manor Nursing Home, Inc.**
through its Registered Agent for Service,
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Maison De'ville Nursing Home, Inc.**
through its Registered Agent for Service,
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**River Palms Nursing & Rehab, LLC**
through its Registered Agent for Service,
Eric B. Landry,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Uptown Healthcare Center, L.L.C**
through its Registered Agent for Service,
Eric B. Landry,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Bob Dean Enterprises, Inc.**
through its Registered Agent for Service,
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

**Louisiana Heath Care Consultants, LLC**
through its registered agent, L.L..C.
B. Troy Villa,
301 Main Street,
One American Place, 23rd Floor,
Baton Rouge, La 70801

24th JDC Civil Fax Filed:09/29/2021 19:18:06 Case:821390 Div:B ID:55795



15

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                           211005-1966-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
        versus                          Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF   P 1 JANICE VERDIN
HARVEY LLC, ET AL

To: BOB DEAN JR
3465 E LAKESHORE DR                     EBR CK #3550 $301.36
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

                        /s/ Karen F Mcevers
                        Karen F Mcevers, Deputy Clerk of Court for
                        Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                           211005-1966-5

Received:_____  Served:_____  Returned:_____

Service was made:
        ___ Personal          ___ Domicilary _____

Unable to serve:
        ___ Not at this address    ___ Numerous attempts _____ times
        ___ Vacant               ___ Received too late to serve
        ___ Moved               ___ No longer works at this address
        ___ No such address      ___ Need apartment / building number
        ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                          211005-1967-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
    versus                                   Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF     P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  MAISON DE VILLE NURSING HOME OF HARVEY
LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
B TROY VILLA
301 MAIN STREET                                  EBR CK #3550 $301.36
ONE AMERICAN PLACE
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                          211005-1967-3

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved                ___ No longer works at this address
   ___ No such address       ___ Need apartment / building number
   ___ Other

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____  #_____
               Deputy Sheriff
Parish of: _____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

 [ SERVICE COPY ] / [RETURN COPY] 

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND     211005-1968-1
REQUEST FOR INJUNCTIVE RELIEF;

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
        versus                                          Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF             P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  ST ELIZABETHS CARING LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
B TROY VILLA
301 MAIN STREET
ONE AMERICAN PLACE                                      EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

                    /s/ Karen F Mcevers
                    Karen F Mcevers, Deputy Clerk of Court for
                    Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND     211005-1968-1
REQUEST FOR INJUNCTIVE RELIEF;

Received:_____  Served:_____  Returned:_____

Service was made:
        ___ Personal           ___ Domiciliary _____

Unable to serve:
        ___ Not at this address    ___ Numerous attempts _____ times
        ___ Vacant                 ___ Received too late to serve
        ___ Moved                  ___ No longer works at this address
        ___ No such address        ___ Need apartment / building number
        ___ Other

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ #_____
                        Deputy Sheriff
Parish of: _____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                                    211005-1969-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
    versus                                        Case: 821-390   Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF        P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  RACELAND MANOR NURSING HOME INC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
B TROY VILLA
301 MAIN STREET
ONE AMERICAN PLACE                                  EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

               /s/ Karen F Mcevers
               Karen F Mcevers, Deputy Clerk of Court for
               Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                                    211005-1969-9

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal         ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant           ___ Received too late to serve
    ___ Moved           ___ No longer works at this address
    ___ No such address    ___ Need apartment / building number
    ___ Other

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of:_____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

[ SERVICE COPY ] / [RETURN COPY]

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                                211005-1970-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
    versus                          Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF    P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  MAISON DE VILLE NURSING HOME INC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
B TROY VILLA
301 MAIN STREET
ONE AMERICAN PLACE                          EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

                  /s/ Karen F Mcevers
                  Karen F Mcevers, Deputy Clerk of Court for
                  Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                                211005-1970-7

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal              ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                ___ Received too late to serve
    ___ Moved                 ___ No longer works at this address
    ___ No such address       ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                  Deputy Sheriff
Parish of: _____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F. Mcevers

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101)  CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND     211005-1971-5
REQUEST FOR INJUNCTIVE RELIEF;

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
     versus                 Case: 821-390   Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF   P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  RIVER PALMS NURSING AND REHAB LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
ERIC B LANDRY
301 MAIN STREET
ONE AMERICAN PLACE          EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND     211005-1971-5
REQUEST FOR INJUNCTIVE RELIEF;

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal         ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant           ___ Received too late to serve
    ___ Moved           ___ No longer works at this address
    ___ No such address    ___ Need apartment / building number
    ___ Other

Service: $_____  Mileage: $_____  Total: $_____

Completed by: _____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101)  CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND           211005-1972-3
REQUEST FOR INJUNCTIVE RELIEF;

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

JANICE VERDIN, ET AL
    versus                                    Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF       P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  UPTOWN HEALTHCARE CENTER LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
ERIC B LANDRY
301 MAIN STREET
ONE AMERICAN PLACE                                 EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

<div style="margin-left: 40%;">

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

</div>

_____SERVICE INFORMATION_____

(101)  CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND           211005-1972-3
REQUEST FOR INJUNCTIVE RELIEF;

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal              ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                 ___ Received too late to serve
    ___ Moved                  ___ No longer works at this address
    ___ No such address        ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of:_____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                                    211005-1973-1

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
        versus                                  Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF    P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  BOB DEAN ENTERPRISES INC
THROUGH ITS REGISTERED AGENT FOR SERVICE:
B TROY VILLA
301 MAIN STREET
ONE AMERICAN PLACE                              EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801


PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.


                          /s/ Karen F Mcevers
                          Karen F Mcevers, Deputy Clerk of Court for
                          Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                                    211005-1973-1

Received:_____  Served:_____  Returned:_____

Service was made:
        ___ Personal              ___ Domiciliary _____

Unable to serve:
        ___ Not at this address   ___ Numerous attempts _____ times
        ___ Vacant                ___ Received too late to serve
        ___ Moved                 ___ No longer works at this address
        ___ No such address       ___ Need apartment / building number
        ___ Other

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                        Deputy Sheriff
Parish of:_____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F. Mcevers

 [ SERVICE COPY ]  /  [RETURN COPY] 

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                              211005-1974-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

JANICE VERDIN, ET AL
versus                                    Case: 821-390    Div: "B"
BOB DEAN JR, MAISON DE VILLE NURSING HOME OF    P 1 JANICE VERDIN
HARVEY LLC, ET AL

To:  LOUISIANA HEALTHCARE CONSULTANTS LLC
THROUGH ITS REGISTERED AGENT LLC
B TROY VILLA
301 MAIN STREET
ONE AMERICAN PLACE                        EBR CK #3550 $301.36
23RD FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the CLASS ACTION
PETITION FOR UNPAID WAGES AND REQUEST FOR INJUNCTIVE RELIEF of which a true
and correct copy accompanies this citation, or make an appearance either by filing a pleading
or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of
default.

This service was requested by attorney JONATHAN C. PEDERSEN and was issued by the
Clerk of Court on the 5th day of October, 2021.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: CLASS ACTION PETITION FOR UNPAID WAGES AND
REQUEST FOR INJUNCTIVE RELIEF;                              211005-1974-9

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal            ___ Domiciliary _____

Unable to serve:
        ___ Not at this address    ___ Numerous attempts _____ times
        ___ Vacant                 ___ Received too late to serve
        ___ Moved                  ___ No longer works at this address
        ___ No such address        ___ Need apartment / building number
        ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                        Deputy Sheriff
Parish of: _____

Imaged 10/05/2021 03:35 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers