UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANICE VERDIN, ET AL.                                        CIVIL ACTION

VERSUS                                                               NO: 21-1976

BOB DEAN, JR., ET AL.                                        SECTION: "A" (3)

### ORDER

The Court having been informed that the plaintiffs' prior motion to dismiss (Rec. Doc. 24) inadvertently omitted defendant Maison De'Ville Nursing Home, Inc., and that all claims against this party have been resolved,

Accordingly;

**IT IS ORDERED** that the Order of Dismissal (Rec. Doc. 26) is amended to include defendant Maison De'Ville Nursing Home, Inc., such that all claims against this party are dismissed with prejudice, each party to bear its own costs and attorney's fees.

November 1, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE